U.S. MARSHALS W/TX
RECEIVED
JAN 03 2024
DEL RIO, TX

FILED
JAN 3 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Criminal Case No. DR-22-CR-1098-AM |
| | § |
| SHUKURULLO AKRAMOV, | § |
| | § |
| Defendant. | § |

### ORDER STAYING ORDER OF RELEASE

Pursuant to Title 18, United States Code, Section 3145(a)(1), because this Court had original jurisdiction over the above-named case, the Release Order entered by the Honorable United States Magistrate Judge James L. Cott, Southern District of New York, is hereby **STAYED**.

IT IS **ORDERED** that Defendant SHUKURULLO AKRAMOV shall be detained until the Defendant is transferred to the Western District of Texas and further proceedings can be held regarding his detention or release, or until further order of this Court.

IT IS **FURTHER ORDERED** that the United States Marshal Service transport or arrange for the transportation of Defendant SHUKURULLO AKRAMOV to Del Rio, Texas on the earliest practicable date.

IT IS **FURTHER ORDERED** that the Clerk of this Court shall send a copy of this Order to: the Honorable United States Magistrate Judge James L. Cott; the Clerk of the Court for the Southern District of New York; counsel for the Defendant; the United States Attorney; the United States Probation Offices in Del Rio, Texas and in the Southern District of New York; and to the United States Marshal's Service.

SIGNED and ENTERED on this 3rd day of January 2024.

_____
HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE